AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| SHATRAILIA JACKSON, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action <br><br> *Plaintiff(s)* <br><br> v. <br><br> P & K RESTAURANT ENTERPRISE, LLC d/b/a Lacura Bar & Bistro; RAMONDO J. DAVIDSON; ALONZO A. ROSS; and LAMARCUS K. ALLISON <br><br> *Defendant(s)* | Civil Action No.  1:15-cv-0753 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  P&K Restaurant Enterprise, LLC d/b/a Lacura Bar & Bistro
by and through its registered agent
Alonzo Ross
3500 Lenox Road, Suite 1500
Atlanta, Georgia 30139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles R. Bridgers and Kevin D. Fitzpatrick, Jr.
DeLong, Caldwell, Bridgers & Fitzpatrick, LLC
101 Marietta Street, Suite 3100
Atlanta, GA 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:  03/13/2015

s/Joyce White
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-0753

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PtK Restaurant Enterprise, LLC d/b/a Lacura Bar & Bistro by and through its registered agent Alonzo Ross
was received by me on *(date)* 3·17·15

☒ I personally served the summons on the individual at *(place)* 1919 Metropolitan Pkwy SW Atlanta, GA. @ 7:25pm  on *(date)* 3-26-15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3·27·15

Cynthia Moss
*Server's signature*

Cynthia Moss - Process Server
*Printed name and title*

80 Howard St. NW Atlanta, GA. 30314
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As    Reset