IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHATRAILIA JACKSON, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>    Plaintiff,<br><br>v.<br><br>P & K RESTAURANT ENTERPRISE, LLC d/b/a Lacura Bar & Bistro, RAMONDO J. DAVIDSON, ALONZO A. ROSS and LAMARCUS K. ALLISON,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-753-MHC |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amended the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

This case shall be placed on a six-month discovery track.

**IT IS SO ORDERED** this 15th day of June, 2015.

_____
MARK H. COHEN
United States District Judge