

# Fuller
## Law Group LLC

1100 Spring Street, NW, Suite 730
Atlanta, Georgia 30309
Phone 404.765.6445
Fax  404.765.6447

September 22, 2015

P & K Restaurant Enterprise, LLC
d/b/a Lacura Bar & Bistro
1919-B Metropolitan Parkway
Atlanta, GA 30315

      RE:    Shatrailia Jackson vs P&K Restaurant Enterprise, LLC d/b/a
                Lacura Bar & Bistro; Ramondo J. Davidson; Alonzo A. Ross;
                And Lamarcus K. Allison
                United States Federal District Court
                Northern District of Georgia
                Civil Action File NO.: 1:15-cv-00753-MHC

      SUBJ:  Notice of Attorney's Intention to Withdraw from
                Representation

Dear Mr. Ross:

    As you are aware, I am withdrawing from representation of P&K Restaurant Enterprise, LLC d/b/a Lacura Bar & Bistro in the above-referenced case. Please be advised of the following:

a. The style of the action is:   Shatrailia Jackson vs P&K Restaurant Enterprise, LLC d/b/a
                                      Lacura Bar & Bistro; Ramondo J. Davidson; Alonzo A. Ross;
                                      And Lamarcus K. Allison
                                      United States Federal District Court
                                      Northern District of Georgia
                                      Civil Action File NO.: 1:15-cv-00753-MHC

The Clerk of Court is James N. Hatten and the contact information is:

                The Clerk of Federal District Court
                Northern District of Georgia – Atlanta Division
                Richard B. Russell Federal Building
                2211 United States Courthouse
                75 Ted Turner Drive SW
                Atlanta, GA 30303-3309
                404-215-1600

b. The United States Federal Court Northern District of Georgia retains jurisdiction of this matter;

c. You have the burden of keeping the Court informed of your current address

for the service of notices, pleadings, or other papers;

d. You have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

e. If the you fail or refuse to meet these burdens, You may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

f. The dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of counsel;

g. That service of notices may be made upon you at 1919-B Metropolitan Parkway, Atlanta, GA 30315, and,

h. If P & K Restaurant Enterprise, LLC d/b/a Lacura Bar & Bistro is a corporation, that corporation may only be represented in court by an attorney, that an attorney must sign all pleadings submitted to the court, and that a corporate officer may not represent the corporation in court unless that officer is also any attorney licensed to practice law in the state of Georgia, and that failure to comply with this rule could result in a default being entered against the corporate party; and

i. You must file any objections to this Motion to Withdraw with this Court no later than fourteen (14) days from the date of filing of this motion.

Should you have any questions or concerns please do not hesitate to call.

Sincerely,

Marcia M. Guinyard
Attorney

Enclosure(s)



1100 Spring Street, NW, Suite 730
Atlanta, Georgia 30309
Phone 404.765.6445
Fax 404.765.6447

September 22, 2015

P & K Restaurant Enterprise, LLC
d/b/a Lacura Bar & Bistro
1919-B Metropolitan Parkway
Atlanta, GA 30315

      RE: Shatrailia Jackson vs P&K Restaurant Enterprise, LLC d/b/a
         Lacura Bar & Bistro; Ramondo J. Davidson; Alonzo A. Ross;
         And Lamarcus K. Allison
         United States Federal District Court
         Northern District of Georgia
         Civil Action File NO.: 1:15-cv-00753-MHC

      SUBJ: Notice of Attorney's Intention to Withdraw from
         Representation

Dear Mr. Ross:

  As you are aware, I am withdrawing from representation of you in the above-referenced case. Please be advised of the following:

a. The style of the action is: Shatrailia Jackson vs P&K Restaurant Enterprise, LLC d/b/a
              Lacura Bar & Bistro; Ramondo J. Davidson; Alonzo A. Ross;
              And Lamarcus K. Allison
              United States Federal District Court
              Northern District of Georgia
              Civil Action File NO.: 1:15-cv-00753-MHC

The Clerk of Court is James N. Hatten and the contact information is:

        The Clerk of Federal District Court
        Northern District of Georgia – Atlanta Division
        Richard B. Russell Federal Building
        2211 United States Courthouse
        75 Ted Turner Drive SW
        Atlanta, GA 30303-3309
        404-215-1600

b. The United States Federal Court Northern District of Georgia retains jurisdiction of this matter;

c. You have the burden of keeping the Court informed of your current address for the service of notices, pleadings, or other papers;

d. You have the obligation to prepare for trial or hire other counsel to prepare for trial when

the trial date has been set;

e. If the you fail or refuse to meet these burdens, You may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

f. The dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of counsel;

g. That service of notices may be made upon you at 1919-B Metropolitan Parkway, Atlanta, GA 30315, and,

h. If P & K Restaurant Enterprise, LLC d/b/a Lacura Bar & Bistro is a corporation, that corporation may only be represented in court by an attorney, that an attorney must sign all pleadings submitted to the court, and that a corporate officer may not represent the corporation in court unless that officer is also any attorney licensed to practice law in the state of Georgia, and that failure to comply with this rule could result in a default being entered against the corporate party; and

i. You must file any objections to this Motion to Withdraw with this Court no later than fourteen (14) days from the date of filing of this motion.

Should you have any questions or concerns please do not hesitate to call.

Sincerely,

*Marcia M. Guinyard*
Marcia M. Guinyard
Attorney

Enclosure(s)



1100 Spring Street, NW, Suite 730
Atlanta, Georgia 30309
Phone 404.765.6445
Fax 404.765.6447

September 22, 2015

Lamarcus K. Allison
1919-B Metropolitan Parkway
Atlanta, GA 30315

> RE: Shatrailia Jackson vs P&K Restaurant Enterprise, LLC d/b/a
> Lacura Bar & Bistro; Ramondo J. Davidson; Alonzo A. Ross;
> And Lamarcus K. Allison
> United States Federal District Court
> Northern District of Georgia
> Civil Action File NO.: 1:15-cv-00753-MHC
>
> SUBJ: Notice of Attorney's Intention to Withdraw from
> Representation

Dear Mr. Allison:

As you are aware, I am withdrawing from representation of you in the above-referenced case. Please be advised of the following:

a. The style of the action is:   Shatrailia Jackson vs P&K Restaurant Enterprise, LLC d/b/a
Lacura Bar & Bistro; Ramondo J. Davidson; Alonzo A. Ross;
And Lamarcus K. Allison
United States Federal District Court
Northern District of Georgia
Civil Action File NO.: 1:15-cv-00753-MHC

The Clerk of Court is James N. Hatten and the contact information is:

> The Clerk of Federal District Court
> Northern District of Georgia – Atlanta Division
> Richard B. Russell Federal Building
> 2211 United States Courthouse
> 75 Ted Turner Drive SW
> Atlanta, GA 30303-3309
> 404-215-1600

b. The United States Federal Court Northern District of Georgia retains jurisdiction of this matter;

c. You have the burden of keeping the Court informed of your current address for the service of notices, pleadings, or other papers;

d. You have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

e. If the you fail or refuse to meet these burdens, You may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

f. The dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of counsel;

g. That service of notices may be made upon you at 1919-B Metropolitan Parkway, Atlanta, GA 30315, and,

h. If P & K Restaurant Enterprise, LLC d/b/a Lacura Bar & Bistro is a corporation, that corporation may only be represented in court by an attorney, that an attorney must sign all pleadings submitted to the court, and that a corporate officer may not represent the corporation in court unless that officer is also any attorney licensed to practice law in the state of Georgia, and that failure to comply with this rule could result in a default being entered against the corporate party; and

i. You must file any objections to this Motion to Withdraw with this Court no later than fourteen (14) days from the date of filing of this motion.

Should you have any questions or concerns please do not hesitate to call.

Sincerely,

*Marcia M. Guinyard*
Marcia M. Guinyard
Attorney

Enclosure(s)