IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHATRAILIA JACKSON, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>    Plaintiff,<br><br>v.<br><br>P & K RESTAURANT ENTERPRISE, LLC doing business as Lacura Bar & Bistro, RAMONDO J. DAVIDSON, ALONZO A. ROSS, and LAMARCUS K. ALLISON,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-753-MHC |

## ORDER

On November 2, 2015, this Court granted Marcia M. Guinyard's motion to withdraw as counsel for Defendants, and ordered Defendant P & K Restaurant Enterprise, LLC to retain counsel, and have that counsel file a notice of appearance no later than November 17, 2015 [Doc. 32]. Defendants Alonzo A. Ross and Lamarcus K. Allison were also ordered to advise the Court no later than November 17, 2015, if they planned to obtain new counsel or proceed *pro se*. As of this date, Defendants have all failed to abide by this Court's November 2, 2015 Order.

The Court also notes that Defendants have outstanding discovery obligations. Specifically, Defendants have failed to respond to Plaintiff's requests for the production of documents, interrogatory requests and requests for admission that were served on September 1, 8 and 11, respectively.

Defendant P & K Restaurant Enterprise, LLC, is a corporation and may only be represented in court by an attorney and may not proceed *pro se*. That attorney must sign all pleadings submitted to the court and a corporate officer may not represent the corporation in court unless that officer is also an attorney licensed to practice law in the state of Georgia. Defendant P & K Restaurant Enterprise, LLC was warned in the November 2, 2015, Order that failure to comply with this rule could result in a default being entered against the corporate party. See LR 83.1(E)(2)(b)(I), NDGa.

Given Defendants' failure to respond to this Court's Order from November 2, 2015, and general failure to participate in discovery, it is hereby **ORDERED** that the Defendants in this action shall personally appear, with their counsel if they have obtained any, at a status conference before this Court on January 7, 2016, at 10:00 A.M. in Courtroom 1905. Plaintiff shall appear through counsel of record.

**IT IS FURTHER ORDERED** that Defendant P & K Restaurant Enterprise, LLC shall advise this Court by the date of the status conference, January 7, 2016,

of the name and contact information of its new counsel. If Defendants fail to designate counsel for Defendant P & K Restaurant Enterprise, LLC, the Court will consider entering a default against Defendant P & K Restaurant Enterprise, LLC upon proper motion made by Plaintiff.

**IT IS SO ORDERED** this 11th day of December, 2015.

/s/ Mark H. Cohen
_____
MARK H. COHEN
United States District Judge