IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SHATRAILIA JACKSON et al.,** | : |
| **Plaintiffs,** | : |
| | : Civil Action No. 1:15-cv-753-MHC |
| vs. | : |
| **P & K RESTAURANT ENTERPRISE, LLC et al.,** | : |
| **Defendants.** | : |

## LR 26.3 CERTIFICATE OF SERVING DISCOVERY AND CERTIFICATE OF SERVICE

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of:

(1) Plaintiff's First Continuing Interrogatories to Defendant Lamarcus K. Allison

(2) Plaintiff's First Continuing Interrogatories to Defendant Alonzo A. Ross

(3) Plaintiff's First Continuing Request for Production of Documents to Defendant Lamarcus K. Allison

(4) Plaintiff's First Continuing Request for Production of Documents to Defendant Alonzo A. Ross

(5) Plaintiff's First Request for Admission to Defendant Lamarcus K. Allison

(6) Plaintiff's First Request for Admission to Defendant Alonzo A. Ross

by depositing the same in the U.S. Mail with sufficient postage thereon to the following:

Alonzo A. Ross
1919 Metropolitan Parkway
Atlanta, GA 30315

Lamarcus K. Allison
3034 Dogwood Drive
Atlanta, GA 30354

Ramondo J. Davidson
6385 Dogwood Trail
Lithonia, GA 30058

Dated: January 7, 2016

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

Counsel for Plaintiff