# CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date a true copy of the foregoing Defendant P & K Restaurant Enterprise, LLC's Response Plaintiff's First Requests for Admissions, has been served by depositing in the United States Mail, properly addressed, with sufficient postage, and addressed to:

Mr. Kevin D. Fitzpatrick, Esq.,
Mr. Mitchell D. Benjamin, Esq.,
Mr. Charles R. Bridgers, Esq., &
Mr. Matthew Herrington, Esq.
3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

This 8th day of January, 2016.

/s/McNeill Stokes
McNeill Stokes
Georgia Bar No. 683600
Attorney for Defendants

1040 Peachtree Battle Ave.
Atlanta, Georgia 30327
Tel: 404-352-2144
Fax: 404-367-0353
E-mail: mcstokes@bellsouth.net