# **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this date a true copy of the foregoing Defendant Alonzo A. Ross' Response Plaintiff's First Requests for Admissions, has been served by depositing in the United States Mail, properly addressed, with sufficient postage, and addressed to:

Mr. Kevin D. Fitzpatrick, Esq.,
Mr. Mitchell D. Benjamin, Esq.,
Mr. Charles R. Bridgers, Esq., &
Mr. Matthew Herrington, Esq.
3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

This 8th day of February, 2016.

/s/McNeill Stokes
McNeill Stokes
Georgia Bar No. 683600
Attorney for Defendants

1040 Peachtree Battle Ave.
Atlanta, Georgia 30327
Tel: 404-352-2144
Fax: 404-367-0353
E-mail: mcstokes@bellsouth.net