## CERTIFICATE OF SERVICE

The undersigned counsel certifies that he has this day has electronically filed the foregoing Amendment to Defendant Allison's, Ross', Davidson's Responses to Plaintiff's First and Continuing Interrogatories utilizing the CM/ECF electronic filing system which will automatically send copies to all attorneys of record.

This 31st day of March, 2016.

*S/ McNeill Stokes*
McNeill Stokes
Georgia Bar No. 683600
Attorney for Defendants

1075 Heathcliff Lane, SW
Marietta, Georgia 30067
Telephone: 404-352-2144
Email: mcstokes@bellsouth.net