# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cv-00753-MHC
## Jackson v. P & K Restaurant Enterprise, LLC et al
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Chambers on 05/19/2016.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 4:25 P.M.        COURT REPORTER: Judith Wolff
TIME IN COURT: 00:25                    DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Matthew Herrington representing Shatrailia Jackson<br>McNeill Stokes representing P & K Restaurant Enterprise, LLC<br>** Woody DeLong for Plaintiffs |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | After hearing from counsel, the Court will reopen discovery for 90 days from today (discovery expires 8/17/16). The pending motions for summary judgment will be withdrawn by the filing parties. After discovery ends, motions for summary judgment will be filed in accordance with the Federal and Local Rules. The Court cautions counsel that full responses to all discovery requests shall be answered. Parties can submit a joint protective order for the Court's review to protect any personal information of the parties. |