IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHATRAILIA JACKSON, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>P & K RESTAURANT ENTERPRISE, LLC d/b/a Lacura Bar & Bistro et al.,<br><br>　　　　Defendants. | Civil Action No. 1:15-cv-00753-MHC |

### NOTICE OF DEPOSITION OF DEFENDANT ALONZO ROSS

PLEASE TAKE NOTICE that Plaintiffs, by and through their attorneys of record, will take the deposition upon oral examination of Defendant Alonzo Ross, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedures, commencing at **9:00 a.m. on Wednesday, August 10, 2016** at the offices of DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC, 3100 Centennial Tower, 101 Marietta Street, Atlanta, Georgia 30303. Such examination shall be transcribed by a duly

authorized and certified court reporter. The examination will continue from day to day until completed.

Dated: July 27, 2016.

                                        Respectfully submitted,

                                        **DeLong, Caldwell, Bridgers,**
                                        **Fitzpatrick & Benjamin, LLC**

                                        */s/ Matthew W. Herrington*

3100 Centennial Tower            Matthew W. Herrington
101 Marietta Street                Georgia Bar No. 275411
Atlanta, GA 30303
(404) 979-3150                      Counsel for Plaintiff
(404) 979-3170 (facsimile)
matthew.herrington@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHATRAILIA JACKSON, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>Plaintiff,<br><br>vs.<br><br>P & K RESTAURANT ENTERPRISE, LLC d/b/a Lacura Bar & Bistro et al.,<br><br>Defendants. | Civil Action No. 1:15-cv-00753-MHC |

## Certificate of Service

I certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

Dated: July 27, 2016.

                                                 */s/ Matthew W. Herrington*
                                                 Matthew W. Herrington
                                                 Georgia Bar No. 275411