UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**SHATRAILIA JACKSON**, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action.
            **Plaintiff,**
vs.

**P&K RESTAURANT ENTERPRISE, LLC**
d/b/a Lacura Bar & Bistro,
**ALONZO A. ROSS,** and
**LAMARCUS K. ALLISON**
            **Defendants.**

CIVIL ACTION FILE
1:15-cv-753-MHC

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of the Plaintiff's Motion for an Award of Liquidated Damages and Motion for Attorneys' Fees and Costs, and the Court having **GRANTED** Plaintiff's said motions, it is

**Ordered and adjudged** that Plaintiff recover from Defendants **$12,616.00** in compensatory and liquidated damages, **$116,129.56** in attorneys' fees, and **$2,764.64** in costs.

Dated at Atlanta, Georgia, this 25th day of January, 2018.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Brittney Walker
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 25, 2018
James N. Hatten
Clerk of Court

By:  s/ Brittney Walker
        Deputy Clerk