# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**SHATRAILIA JACKSON,**
Individually and on behalf of all
others similarly situated who
consent to their inclusion in a
collective action.

**CIVIL CASE NO.
1:15-CV-753-MHC**

      Plaintiff,

V.

**P & K RESTAURANT ENTERPRISE,**
LLC d/b/a/ Lacura Bar & Bistro;
**ALONZO A. ROSS;**
and **LAMARCUS K. ALLISON,**

      Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Defendants, P&K Restaurant Enterprise LLC d/b/a Lacura Bar & Bistro; Alonzo A. Ross and Lamarcus K. Allison in the above styled case hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Judgment and Order of United States District Judge Mark Cohen on January 25, 2018 granting Judgment, liquidated damages and attorney's fees in favor of the Plaintiff and denying Defendants' Motion for Judgment as a Matter of Law.

This 22nd day of February, 2018.

                                    Respectfully submitted,

                                    <u>/s/ *McNeill Stokes*</u>
                                    McNeill Stokes
                                    Georgia Bar Number 683800
                                    Attorney for Defendants

1075 Heathcliff Lane
Marietta, GA 30067
404-352-2144
mcstokes@bellsouth.net

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the date listed below that the foregoing Notice of Appeal was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

This 22th day of February, 2018

/s/ *McNeill Stokes*
McNeill Stokes
Georgia Bar No. 683600

1075 Heathcliff Lane
Marietta, Georgia 30067
Telephone: 404-352-2144
Email: mcstokes@bellsouth.net